# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIOGO R. DUARTE,

    Plaintiff,

v.

                                      Case No: 6:14-cv-2077-Orl-28TBS

VALERIE PEREZ, LBV GNC, INC., WTS GNC, INC., VKM, LLC and S. V. ALAVI ENTERPRISES, INC.,

    Defendants.

## ORDER

This case is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Stay Proceedings Pending the Outcome of Related State Court Proceedings. (Doc. 17). The United States Magistrate Judge submitted a Report recommending that the motion be denied. (Doc. 24).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed February 25, 2015 (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Stay Proceedings Pending the Outcome of Related State Court Proceedings (Doc. 17) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on March 17, 2015.

                                              JOHN ANTOON II
                                       United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties